

# Fourth Court of Appeals
## San Antonio, Texas

April 6, 2018

No. 04-17-00676-CV

Peggy Sue **BUTLER,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 16620A
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellant's brief was originally due January 19, 2018. Neither the brief nor a motion for extension of time was filed at that time. On February 1, 2018, we ordered appellant to file, on or before February 12, 2018, her appellant's brief and a written response reasonably explaining her failure to timely file the brief. On February 12, 2018, appellant mailed a motion requesting an extension of time to file her brief, and the motion was filed in our court on February 14, 2018. *See* TEX. R. APP. P. 9.2(b) (outlining when documents filed by mailed are timely filed). Thereafter, on February 16, 2018, appellant mailed her appellant's brief, which was filed in our court on February 20, 2018. The brief, however, did not comply with Rule 38.1 of the Texas Rules of Appellate Procedure. *See id.* R. 38.1.

Accordingly, on March 8, 2018, we granted appellant's request for the extension of time to file her brief, but ordered appellant's brief stricken due to the numerous violations. We further ordered appellant to file an amended brief, correcting the violations, on or before April 9, 2018.

On March 19, 2018, appellant filed a motion requesting an extension of time to file her amended brief. In her motion, appellant requests a thirty day extension of time due to the limited access she has to the prison law library.

After consideration, we **GRANT** appellant's motion for extension of time to file her amended brief and **ORDER** that appellant file her brief **on or before May 9, 2018.**

We **order** the clerk of this court to serve a copy of this brief on appellant and all counsel.



_____

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of April, 2018.

_____

KEITH E. HOTTLE,
Clerk of Court